UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RLI INSURANCE COMPANY a/s/o AMERIMARK DIRECT, LLC, AND AMERIMARK DIRECT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., d/b/a EXPEDITORS INTERNATIONAL OCEAN,<br><br>Defendant. | IN ADMIRALTY AND AT LAW<br><br>CASE NO. C18-204 RSM<br><br>ORDER ON PLAINTIFFS' SECOND MOTION TO EXTEND TIME TO REOPEN CASE OR ALTERNATIVELY TO REOPEN THE CASE |

This matter is before the Court on Plaintiffs' Second Motion to Extend Time to Reopen Case or Alternatively to Reopen the Case. Dkt. #43. Defendant informed the Court, on January 7, 2019, that "the parties have reached an agreement in principle" on a settlement. Dkt. #37. As a result, the Court entered a Dismissal Order on February 20, 2019, and permitted the parties to "move to reopen the case . . . within thirty (30) days" if settlement was not perfected. Dkt. #38.

On March 22, 2019, Plaintiffs filed a motion to extend the time to reopen the case for thirty days because the "reported settlement in the matter has not yet been perfected" and "Plaintiffs believe that the parties will perfect the reported settlement in the matter in

ORDER – 1

the near future." Dkt. #39. The Court granted that motion on April 15, 2019. Dkt. #42. On April 19, 2019, Plaintiffs filed this Motion to extend the time to reopen the case for an additional thirty days for the same reasons and filed a third motion for an additional 30 days on May 20, 2019. Dkts. #43 and #45. The parties indicate gradual progress towards finalizing settlement and indicate that the third extension is necessary because "[t]he parties remain working on exchanging the executed closing documents and receiving and clearing the settlement funds in the matter." Dkt. #46 at ¶ 3.

The Court appreciates that the parties have settled and finds good cause to permit the parties to finalize that settlement. But the Court's repeated consideration of motions for 30-day extensions is not a good use of judicial resources. The Court will extend the time to reopen the case to a date certain and informs the parties that it is unlikely to grant further extensions without greater justification.

Accordingly, having considered the Motion, supporting documents, and the remainder of the record, the Court finds and ORDERS:

1. Good cause exists for an extension of the Court's deadline for any party to move to reopen the case and Plaintiffs' Second Motion to Extend Time to Reopen Case or Alternatively to Reopen the Case (Dkt. #43) is GRANTED. The Court extends the deadline through June 28, 2019.

//
//
//
//
//

2. Plaintiffs' Third Motion to Extend Time to Reopen Case or Alternatively to Reopen the Case (Dkt. #45) is DENIED as moot.

Dated this 22nd day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE